UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL S. SCHIELE,**

    **Plaintiff,**

v.                                   Case No.: 8:16-CV-02308-JSM-MAP

**SOUTHEAST SHOWCLUBS, LLC,
EMPEROR'S TAMPA II, INC., and
MICHAEL TOMKOVICH,**

    **Defendants.**
_____/

## DEFENDANTS NOTICE OF FILING OF REDACTED EXHIBITS DUE TO PERSONAL IDENTIFIERS

COMES NOW, Defendants, SOUTHEAST SHOWCLUBS, LLC, a Florida limited liability company, (hereinafter "Defendant South East Showclubs, LLC") EMPEROR'S TAMPA II, INC., a Florida Corporation, (hereinafter "Defendant Emperors") and MICHAEL TOMKOVICH, (hereinafter "Defendant Tomkovich") an individual, by and through their undersigned counsel, and hereby files this moticce of filing of redacted exhibits due personal identitfiers and would state as follows:

1. On August 22, 2017, Defendants filed its' Motion for Summary Judgment with Exhibits A-F. (Doc. 40).

2. On August 25, 2017, the undersigned counsel was directed by the Clerk of Court to refile the exhibits as there were personal identifiers contained within the exhibits.

3. In complainace with the directions of this Court, Defendants file its redacted Exhibits A-F, contemporaneous with this Notice.

1

Respectfully Submitted,

/s/Luke Lirot
Luke Lirot, Esq.
Florida Bar Number 714836
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
*Attorney for the Defendants*
luke2@lirotlaw.com (primary e-mail)
justin@lirotlaw.com (secondary e-mail)
jimmy@lirotlaw.com (secondary e-mail)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this case.

/s/Luke Lirot
Luke Lirot, Esquire
Florida Bar Number 714836