Florida Department of State

DIVISION OF CORPORATIONS



## Detail by Entity Name

Florida Limited Liability Company
SOUTHEAST SHOWCLUBS, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L08000025781 |
| **FEI/EIN Number** | 26-2150249 |
| **Date Filed** | 03/12/2008 |
| **Effective Date** | 03/11/2008 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC NAME CHANGE |
| **Event Date Filed** | 03/18/2008 |
| **Event Effective Date** | NONE |

**Principal Address**

2973 MAYPORT RD
JACKSONVILLE, FL 32233

Changed: 03/13/2016

**Mailing Address**

2973 MAYPORT RD
JACKSONVILLE, FL 32233

Changed: 03/13/2016

**Registered Agent Name & Address**

TOMKOVICH, MICHAEL
2973 MAYPORT RD
JACKSONVILLE, FL 32233

Name Changed: 02/14/2012

Address Changed: 03/13/2016

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

TOMKOVICH, MICHAEL D
320 GENERAL DOOLITTLE DRIVE
JACKSONVILLE, FL 32225

Exhibit A

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 03/31/2015 |
| 2016 | 03/13/2016 |
| 2017 | 04/03/2017 |

**Document Images**

| | |
|---|---|
| 04/03/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/13/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/29/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/14/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/05/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/18/2008 -- LC Name Change | View image in PDF format |
| 03/12/2008 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

Florida Department of State | DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
EMPERORS TAMPA II, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P07000100822 |
| **FEI/EIN Number** | 26-1118162 |
| **Date Filed** | 09/10/2007 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 05/17/2017 |

**Principal Address**

5718 E ADAMO DRIVE
TAMPA, FL 33619

**Mailing Address**

5718 E ADAMO DRIVE
TAMPA, FL 33619

**Registered Agent Name & Address**

Tomkovich, Michael
5718 E. Adamo Drive
TAMPA, FL 33619

Name Changed: 03/28/2013

Address Changed: 03/28/2013

**Officer/Director Detail**
**Name & Address**

Title D

TOMKOVICH, MICHAEL D
5718 E ADAMO DRIVE
TAMPA, FL 33619

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 05/17/2017 |
| 2016 | 05/17/2017 |

| 2017 | 05/17/2017 |
|------|------------|

**Document Images**

| | |
|---|---|
| 05/17/2017 -- REINSTATEMENT | View image in PDF format |
| 03/28/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/09/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/12/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2008 -- ANNUAL REPORT | View image in PDF format |
| 09/10/2007 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations