UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL S. SCHIELE,

    Plaintiff,

v.                                            Case No.: 8:16-CV-02308-JSM-MAP

SOUTHEAST SHOWCLUBS, LLC,
EMPEROR'S TAMPA II, INC., and
MICHAEL TOMKOVICH,

    Defendants.
_____/

## DECLARATION OF JENNIFER ADAMS

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Pursuant to 28 U.S.C. 1746, the Undersigned Declares as Follows:

I, Jennifer Adams, who, after being duly cautioned and sworn, hereby makes this declaration, under penalty of perjury:

1. I am the Human Resources and Office Manager at Emperors Tampa II, Inc. I am the custodian of records for Emperors Tampa II, Inc.

2. Southeast Showclubs, LLC is a created entity that does not have any employees. This entity was created as a business venture that never came into fruition. Michael Schiele therefore, never worked for Southeast Showclubs, LLC.

3. The general name of South East Showclubs (not the entity) was an overarching name for group of businesses that were independent owned yet advertised jointly.

Exhibit B

4. Emperors Tampa II Inc., is the company that Michael Schiele worked for. During his employment for the year 2013. During the time Michael Schiele was employed we had at the most 13 employees but never 15 employees.

FURTHER DECLARANT SAYETH NAUGHT.

By: _____     9-22-17
    Jennifer Adams                  DATE

2