

**Convergence Employee Leasing**
3951 Baymeadows Rd.
Jacksonville, FL 32217

Phone: 904-731-9014
Fax1: 904-731-0059
Fax2: 904-265-0723

## EMPLOYEE LEASING APPLICATION

Client Company: _Emperors Tampa Inc._
Location: _Tampa_

### EMPLOYEE INFORMATION:   (To be completed by Employee)

Last Name: _Schiele_  First Name: _Michael_  Middle Initial: _S_
Social Security #: ███
Street Address: ███
City: _Tampa_   State: _FL_   Zip: _33609_
Home Phone: ___   Cell Phone: ███
Job/Position: _Manager_
Gender: _Male_   Date of Birth: ███
Email Address: _MikeSchieleSES@gmail.com_
Emergency Contact Name: _Royce Lopez_   Relationship: _Business Partner_
Emergency Contact Phone: Home/Work: ___   Cell: ███

### EMPLOYEE POSITION:   (To be completed by Client)

Job Description: _Manager_   Workers' Comp Job Code #: ___   Dept: ___
Method & Rate of Pay:
Hourly $___ Salary $ _500.00_ Commission ___ Piece work ___ Tips ___
(Must meet FLSA Guidelines)

---

### BEFORE PAYROLL CAN BE PROCESSED ALL APPLICANTS MUST COMPLETE AND SIGN THE FOLLOWING:

- **Employee Information Section**
- **W-4 Form** listing marital status and desired deductions
- **Convergence Employee Agreement**
- **General Safety Rules**
- **Include Copy of Driver's License**

The above constitutes the mandatory paperwork that must be received by Convergence Employee Leasing in order to become an eligible employee of Convergence Employee Leasing. If you have any questions about this Employment Application, please call Convergence Employee Leasing at 904-731-9014 immediately.

Exhibit _D_

## Form W-4 (2013)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2013 expires February 17, 2014. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $1,000 and includes more than $350 of unearned income (for example, interest and dividends).

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2013. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at www.irs.gov/w4.

---

**Personal Allowances Worksheet (Keep for your records.)**

A  Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . A ____

B  Enter "1" if: { • You are single and have only one job; or
 • You are married, have only one job, and your spouse does not work; or
 • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } . . . B ____

C  Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . . . . . . C ____

D  Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . D ____

E  Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . . E ____

F  Enter "1" if you have at least $1,900 of **child or dependent care expenses** for which you plan to claim a credit (Note. Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) . . F ____

G  **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.
 • If your total income will be less than $65,000 ($95,000 if married), enter "2" for each eligible child; then **less** "1" if you have three to six eligible children or **less** "2" if you have seven or more eligible children.
 • If your total income will be between $65,000 and $84,000 ($95,000 and $119,000 if married), enter "1" for each eligible child . . . G ____

H  Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ H  0

For accuracy, complete all worksheets that apply.
 • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
 • If you are **single and have more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $40,000 ($10,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
 • If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---

Separate here and give Form W-4 to your employer. Keep the top part for your records.

---

**Form W-4**
Department of the Treasury
Internal Revenue Service

**Employee's Withholding Allowance Certificate**
▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074
**2013**

1  Your first name and middle initial: Michael S    Last name: Schiele
2  Your social security number: [redacted]

Home address (number and street or rural route): [redacted]
City or town, state, and ZIP code: Tampa FL 33609

3  ☑ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

4  If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5  Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) ... 5 ____
6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . 6  $ ____
7  I claim exemption from withholding for 2013, and I certify that I meet **both** of the following conditions for exemption.
 • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, and
 • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . ▶ 7 ____

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶ [signature]    Date ▶ 12/28/13

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)  |  9 Office code (optional)  |  10 Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 10220Q    Form **W-4** (2013)

## CONVERGENCE EMPLOYEE AGREEMENT

I, THE UNDERSIGNED EMPLOYEE, IN CONSIDERATION OF MY HIRING BY CONVERGENCE EMPLOYEE LEASING ("CEL") AS AN AT-WILL LEASED EMPLOYEE OF CEL, ACKNOWLEDGE AND AGREE TO THE FOLLOWING: I HAVE BEEN HIRED AS AN AT-WILL EMPLOYEE OF CEL WHICH IS AN EMPLOYEE LEASING COMPANY, THERE IS NO CONTRACT OF EMPLOYMENT WHICH EXISTS BETWEEN ME AND THE CLIENT TO WHICH I HAVE BEEN ASSIGNED, NOR BETWEEN CEL AND ME AND CEL HAS NO LIABILITY WITH REGARD TO ANY EMPLOYMENT AGREEMENT. I UNDERSTAND AND AGREE THAT EITHER CEL OR I CAN TERMINATE OUR EMPLOYMENT RELATIONSHIP AT ANY TIME AS I AM AN AT-WILL EMPLOYEE OF CEL. I FURTHER UNDERSTAND AND AGREE THAT CONTINUED EMPLOYMENT WITH THE CLIENT TO WHICH I HAVE BEEN ASSIGNED IS AN ESSENTIAL REQUIREMENT FOR EMPLOYMENT WITH CEL AND THAT IF MY EMPLOYMENT WITH THE CLIENT TO WHICH I HAVE BEEN ASSIGNED ENDS, MY EMPLOYMENT WITH CEL WILL ALSO IMMEDIATELY END AT THAT TIME. I ALSO AGREE THAT WHILE I AM A LEASED EMPLOYEE OF CEL, IF CEL DOES NOT RECEIVE PAYMENT FROM CLIENT FOR SERVICES WHICH I PERFORM AS A LEASED EMPLOYEE, CEL WILL STILL PAY ME THE APPLICABLE MINIMUM WAGE (OR THE LEGALLY REQUIRED MINIMUM SALARY) FOR ANY SUCH PAY PERIOD, AND I AGREE TO THIS METHOD OF COMPENSATION. I UNDERSTAND AND AGREE THAT CEL HAS NO OBLIGATION TO PAY ME ANY OTHER COMPENSATION OR BENEFIT UNLESS CEL HAS SPECIFICALLY, IN A WRITTEN AGREEMENT WITH ME, ADOPTED THE CLIENT'S OBLIGATION TO PAY ME SUCH COMPENSATION OR BENEFIT. I UNDERSTAND THAT THE CLIENT TO WHICH I AM ASSIGNED AT ALL TIMES REMAINS OBLIGATED TO PAY ME MY REGULAR HOURLY RATE OF PAY IF I AM A NON-EXEMPT EMPLOYEE AND TO PAY ME MY FULL SALARY IF I AM AN EXEMPT EMPLOYEE EVEN IF CEL IS NOT PAID BY THE CLIENT TO WHICH I AM ASSIGNED. I UNDERSTAND AND AGREE THAT CEL DOES NOT ASSUME RESPONSIBILITY FOR PAYMENT OF BONUSES, COMMISSIONS, SEVERANCE PAY, DEFERRED COMPENSATION, PROFIT SHARING, VACATION, SICK, OR OTHER PAID TIME OFF PAY, OR FOR ANY OTHER PAYMENT, WHERE PAYMENT FOR SUCH ITEMS HAS NOT BEEN RECEIVED BY CEL FROM THE CLIENT TO WHICH I AM ASSIGNED. **I HAVE BEEN INFORMED AND I AGREE THAT IF MY ASSIGNMENT WITH ANY CEL CLIENT TO WHICH I AM ASSIGNED ENDS FOR ANY REASON, I MUST REPORT BACK TO CEL WITHIN SEVENTY-TWO (72) HOURS FOR POSSIBLE REASSIGNMENT AND THAT UNEMPLOYMENT BENEFITS MAY BE DENIED ME IF I FAIL TO DO SO.** IN RECOGNITION OF THE FACT THAT ANY WORK RELATED INJURIES WHICH MIGHT BE SUSTAINED BY ME ARE COVERED BY STATE WORKERS' COMPENSATION STATUTES, AND TO AVOID THE CIRCUMVENTION OF SUCH STATE STATUTES WHICH MAY RESULT FROM SUITS AGAINST THE CUSTOMERS OR CLIENTS OF CEL OR AGAINST CEL BASED ON THE SAME INJURY OR INJURIES, AND TO THE EXTENT PERMITTED BY LAW, **I HEREBY WAIVE AND FOREVER RELEASE ANY RIGHTS I MIGHT HAVE** TO MAKE CLAIMS OR BRING SUIT AGAINST ANY CLIENT OR CUSTOMER OF CEL OR AGAINST CEL FOR DAMAGES BASED UPON INJURIES WHICH ARE COVERED UNDER SUCH WORKERS' COMPENSATION STATUTES. **I ALSO AGREE TO NOTIFY CEL WITHIN 24 HOURS OF ANY JOB RELATED INJURY I RECEIVE AND COMPLY WITH ANY DRUG TESTING POLICY WHICH CEL MAY ADOPT, AND I SPECIFICALLY AGREE TO POST-ACCIDENT DRUG TESTING WITHIN 24 HOURS IN ANY SITUATION WHERE IT IS ALLOWED BY LAW.** IN ADDITION, I ALSO AGREE THAT IF AT ANY TIME DURING MY EMPLOYMENT I AM SUBJECTED TO ANY TYPE OF DISCRIMINATION, INCLUDING DISCRIMINATION BECAUSE OF RACE, SEX, AGE, GENETIC INFORMATION, RELIGION, COLOR, RETALIATION, NATIONAL ORIGIN, HANDICAP, DISABILITY, OR MARITAL STATUS, OR IF I AM SUBJECTED TO ANY TYPE OF HARASSMENT INCLUDING SEXUAL HARASSMENT, I WILL IMMEDIATELY CONTACT AN APPROPRIATE PERSON OF THE CLIENT COMPANY TO WHICH I HAVE BEEN ASSIGNED. IN MOST INSTANCES, THIS APPROPRIATE PERSON WILL BE THE PRESIDENT OF THE CLIENT COMPANY. SHOULD I CHOOSE NOT TO CONTACT THE CLIENT COMPANY FOR ANY REASON, I MAY CONTACT CEL'S HUMAN RESOURCES DIRECTOR AT **1-904-731-9014** IN ORDER TO OBTAIN ASSISTANCE IN THE RESOLUTION OF SUCH MATTERS. I UNDERSTAND AND AGREE CEL DOES NOT HAVE ACTUAL CONTROL OVER MY WORKPLACE AND AS SUCH, IS NOT IN A POSITION TO END OR REMEDIATE ANY DISCRIMINATION, HARASSMENT, OR RETALIATION WHICH MAY BE OCCURRING. THE RESPONSIBILITY TO RESOLVE AND/OR END SUCH INAPPROPRIATE CONDUCT RESTS WITH THE CLIENT COMPANY, HOWEVER, CEL WILL ATTEMPT TO FACILITATE A RESOLUTION.

I UNDERSTAND AND AGREE THAT IF I AM ACCEPTED AS A LEASED EMPLOYEE OF CEL, I AM EXPRESSLY PROHIBITED FROM PERFORMING ANY WORK OUTSIDE THE STATE OF FLORIDA FOR CLIENT DURING MY STATUS AS A LEASED EMPLOYEE EXCEPT AS IS ALLOWED PURSUANT TO THE WORKERS' COMPENSATION POLICY PROVIDED TO ME BY CEL OR EXCEPT AS MAY BE ALLOWED IN WRITING BY CEL AND CEL'S WORKERS' COMPENSATION CARRIER. IF I WORK OUTSIDE THE STATE OF FLORIDA FOR CLIENT WITHOUT FIRST SECURING THIS APPROVAL, I UNDERSTAND THAT, I WILL NOT BE A LEASED EMPLOYEE OF CEL AND MAY NOT BE PROVIDED WORKERS' COMPENSATION BENEFITS THROUGH CEL OR CEL'S WORKERS' COMPENSATION CARRIER. MY LEASED EMPLOYMENT WITH CEL WILL BE CONSIDERED IMMEDIATELY TERMINATED UPON COMMENCEMENT OF MY TRIP OUTSIDE THE STATE OF FLORIDA TO PERFORM WORK FOR CLIENT WHERE PRIOR APPROVAL HAS NOT BEEN RECEIVED AS SET FORTH HEREIN.

DATE: 12/28/13               EMPLOYEE SIGNATURE: _[signature]_

PRINT EMPLOYEE NAME: Michael Schiely



# GENERAL SAFETY RULES

1. Job safety is the responsibility of each individual employee. Job safety is often applying common sense to a situation. Use good common sense and stay alert on the job at all times.
2. **All injuries, no matter how slight, must be reported to your supervisor immediately. A drug test will be required within 24 hours of all work related injuries. If you test positive for illegal drugs, you will be terminated and may lose your worker's compensation benefits.**
3. If an injury occurs, use only company approved medical facilities. Any other medical treatment will be at your own expense.
4. Employees under the influence of drugs or alcohol on-the-job will be subject to immediate discharge. Employees taking prescribed medications should advise the supervisor prior to the start of the shift.
5. If when reporting for work you feel ill or are emotionally upset due to personal problems, discuss them with your foreman/supervisor before starting work.
6. Report any unsafe condition to your supervisor immediately, regardless if the unsafe condition directly affects you.
7. If at any time you are not sure of how to perform the job you have been instructed to do: STOP AND CHECK WITH YOUR SUPERVISOR. This is for your safety and for that of your fellow workers.
8. Do not start or operate any equipment without the proper authority and safety instruction. Never operate a piece of equipment when guards or other safety devices are not in place.
9. Do not attempt to repair or tamper with equipment not working properly. Report the condition to your supervisor immediately.
10. Any employee who is furnished safety equipment will be required to use such equipment while doing the work for which the equipment was furnished.
11. Good housekeeping practices should be followed at all times. This means clean tools, dry floors, neat work areas and properly arranged materials.
12. Use the correct method of lifting objects. Lift with your legs, not your back. If a load is too heavy or awkward, ask for assistance.
13. All electrical power tools and cords must have an operational third wire positive ground. Electrical tools and cords without positive grounding should not be used. Double insulated tools must be so marked.
14. Do not use flammable liquids, toxic materials, chemicals or acids unless authorized and instructed in the proper procedures.
15. Do not smoke in areas which are not specifically designed as smoking areas.
16. All employees who drive or are passengers while on company business must wear their seatbelts at all times.
17. Obey all safety and warning signs at all times.
18. Submitting false or fraudulent information when reporting injury is a third degree felony and will be cause for dismissal and denial of medical wage loss benefits.

I have read these rules (or I have had them read to me), and understand them and will obey them for my own benefit.

**Employee Signature** _____ Date 12-08-13

**Supervisor's Signature** _____ Date 12-28-13

**Where injury is caused by the willful refusal of the employee to use safety equipment or obey safety rules, the compensation benefits can be reduced by 25% (Florida Statute 44.09.(4))**



## PRE-EMPLOYMENT DRUG TESTING CONSENT AND RELEASE FORM

I hereby consent to submit to the testing for drugs and/or alcohol as shall be determined by Convergence Employee Leasing, Inc. and affiliated companies in the selection process of applicants for employment, for the purpose of determining the drug and/or alcohol content thereof.

I agree that (Name of designated clinic or physician) _____
may collect these specimens for these tests and may test them, if qualified, or forward them to a licensed or certified laboratory designated by the company for analysis. I further agree to and hereby authorize the release of said test results to the Convergence Employee Leasing, Inc.

I understand that my current use of illegal drugs may prohibit me from being employed at this Company.

I further agree that a reproduced copy of this pre-employment consent and release form shall have the same force and effect as the original. I have carefully read the foregoing and fully understand its contents. I acknowledge that my signing of this consent and release form is a voluntary act on my part and that I have not been coerced into signing this document by anyone.

Applicant:

Print Name: Michael Schuck

Applicant Signature: _____

SS#: [REDACTED]

Date: 12-28-13

Witness:

Print Name: Benjamin Cooke

Witness Signature: _____

9.30.13



## NOTICE OF DRUG & ALCOHOL TESTING

TO ALL EMPLOYEES:

The illegal use of drugs and the abuse of alcohol are problems that invade the workplace, endangering the health and safety of the abusers and those who work around them. This Company is committed to creating and maintaining a workplace free of substance abuse without jeopardizing valued employees' job security. To address this problem, our Company has developed a policy regarding the illegal use of drugs and the abuse of alcohol that we believe best serves the interests of all employees. Refer to your "on-site" employer for a copy of this policy. Our policy formally and clearly states that the illegal use of drugs or abuse of alcohol or prescription drugs will not be tolerated. As a means of maintaining our policy, we have implemented pre-employment and active employees drug testing. This policy was designed with two basic objectives in mind:

1. Employees deserve a work environment that is free from the effects of drugs and the problems associated with their use, and
2. This Company has a responsibility to maintain a healthy and safe workplace.

*To assist us in maintaining a safe and healthful workplace, we have created an Employee Assistance Program (EAP). The EAP provides employees and their families confidential assessment, referral, and follow-up for personal or health problems.

**To assist us in providing a safe and healthy workplace, we maintain a resource file of information on various means of employee assistance in our community, including but not limited to drug and alcohol abuse programs. Employees are encouraged to use this resource file, which is located [insert where]. In addition, we will distribute this information to employees for their confidential use. An employee whose conduct violates this Company's Substance Abuse Policy (*and who does not accept the help we offer under the EAP) will be disciplined up to and including termination. I believe it is important that we all work together to make this Company a drug-free workplace and a safe, rewarding place to work.

9.30.13



