**Brandon Hill**

___

**Subject:** FW: Bev info 7/15

---------- Forwarded message ----------
From: **Alexander Barranco** <alexbarrancotampa@gmail.com>
Date: Tue, Jul 23, 2013 at 4:13 PM
Subject: Bev info 7/15
To: "mikeschieleses@gmail.com" <mikeschieleses@gmail.com>

Emporers
Shrinkage rate: 63.2%
Items that stand out:
- 94 oz in unknown liquors
- 1 ¾ bottle of crown
- Bottle of jameson
- Bottle of can club
- J walker black 1 rang in 4 servings short
- Bottle of captain
- 8 bottles in the vodka category..
- 2 bottles in the tequila
- 1 ½ bottles of jager
- Few of the small champagne splits, not accounted for

Liquor pour cost 31.9% versus 13.8%
Bottled beers: showing shrt 59
Red bulls short 12
Total Pour Cost 33.9%
Bevintel rating: 52.5%

Sent from my iPhone

1

Exhibit E

## Brandon Hill

**Subject:** FW: FW: emporers reports
**Attachments:** Emperors Gentlemens Club Bevinco Reports for 9-12-2013 to 9-18-2013.xls

---------- Forwarded message ----------
From: **Ben Cooke** <bensesc@hotmail.com>
Date: Mon, Sep 23, 2013 at 5:28 PM
Subject: FW: emporers reports
To: "mikeschieleses@gmail.com" <mikeschieleses@gmail.com>

There yea go. GETTING Better

---

From: e.walker@bevintel.com
To: bensesc@hotmail.com; tampasesc01@gmail.com
CC: p.cottrell@bevintel.com
Subject: emporers reports
Date: Sun, 22 Sep 2013 13:11:20 -0400

Emperors Reports

Shrinkage rate: 20.6%

Potential revenue $1163.14

Showing some real improvements, great job

Some items that still stand out are:

- 8 servings of crown

- Bottle of jameson

- 7 servings of jim beam

- 8 servings of rum chata

- Bottle of goose

- 10 servings of Hennessey

- 1 bottle of well tequila

- ¾ baileys

- Bottle of long island

1

- Liqueurs all showing higher usages, over pouring in recipes, or shooters

Liquor cost 20.4% versus 16.5%

Bottled beers short 34

Red bulls short 10

Total pour cost 21.7%

Bevintel rating: 84.1%


Eric Walker



BEVINCO : BEVINTEL : INTELITAP

www.bevintel.com

407-446-9988