**Rob Rice**

your club. Bounce ideas off each other and try and help out clubs that need holes filled.
Thank you and lets have a strong weekend

Lets start thinning the heard make sure you collect house up front from the Canadians. Reviews on the hour. Two drinks purchased at the door for the people that don't pay a cover at the back club.

Ok.



**Rob Rice**

> These guys are hip hop guys just show them around
> I told them its up to the owner and he's not a fan so just show them the building and just say rob wil

> I get back with you about it

On it.

Thanks

We may just have our back club guy

 Rob Rice

Lets get all the holiday decorations put away by Sunday. Throw all poster and flyers that have past away.
We need to hit the ground running this new year.
You guys need to get each others phone numbers and start communicating with each other not just your club. Bounce ideas off each other and try and help out clubs that need holes filled.
Thank you and lets have a strong weekend

MMS ▶



## Brandon Hill

**From:** Michael Schiele <mikeschieleses@gmail.com>
**Sent:** Wednesday, August 09, 2017 4:42 AM
**To:** Brandon Hill
**Subject:** Other screen shots.



1

**Mack Cooper**

...to supplement my income.

> I'm curious...What happened to "If you're even kind of in danger, we will look out for you".

Didn't know your In Danger what's up

> Umm...I was fired a week ago with ZERO warning. No ultimatum or chance to improve. That kind of danger.

Man I didn't know sorry. I've been slammed with the Scores thing

---

**Mack Cooper**

I've been slammed with the Scores thing

> How wonderful. Fired by a guy who thinks I'm a shitty manager. Yet they are still using all of my ideas, promotions and maintainence suggestions. Just great. Glad I moved to Tampa just to get fired 4 months later.

Hey man I'm sorry. Give me a call tomorrow ill make some phone calls to see what's going on

> Will do. But King Rob has his mind made up.

---

**Rob Rice**

Year's Day at five [MMS]

Make sure you put on the marquee or post on the door [MMS]

Your fucked

> What do I do? I am legitimately having a panic attack

Sorry I had nothing to do with that

> I know. But this is the beginning of the end for me. I am screwed.

---

**Rob Rice**

> What do I do? I am legitimately having a panic attack

Sorry I had nothing to do with that

> I know. But this is the beginning of the end for me. I am screwed.

Make sure you document everything
Keep a log book

> It doesn't matter. It NEVER matters. For christ sake she tried to SHIT ON THE FLOOR and they're still bringing her back.



**Rob Rice**
she tried to SHIT ON THE FLOOR and they're still bringing her back.

I'm so sorry
I like the girl but she is poison to the clubs! Mike listens to her over anyone so this is his doing.

I'm so fucked. So fucked. I moved to Tampa for this? Everytime I make some progress they do this to me.

I just tried calling Mac and he won't pick up

He blew me off when I ran into him.

**Rob Rice**
progressing it owing to me.

I just tried calling Mac and he won't pick up

He blew me off when I ran into him.

Yeah he's avoiding everyone

I was really excited for a while. I truly thought that this was going to be a new era... I feel like a fool.

Guys I need you to start taking a dollar from each girl that pays house out of the drop and put in an envelope for me

**Rob Rice**
I was really excited for a while. I truly thought that this was going to be a new era... I feel like a fool.

Guys I need you to start taking a dollar from each girl that pays house out of the drop and put in an envelope for me
Thank you
Rob

Merry Christmas Everyone!

**Mack Cooper**
MICROS up and running. Going to add yesterdays sales to today's sales. We are ringing it all in now.

Ok

I'm legitimately having a panic attack.

So am I going to have anyone update me as to whats going on?

Got me get with Ben

Wonderful

Yeah I know merry

3



Mack Cooper

Yeah I know merry Christmas

> Its not funny man. I'm freaking out and nobody can tell me anything.

We I had something for you. Hadn't had much time to talk to mike... But good look with Macy the bar killer!

Sorry had to get back to Jax I'll see you guys right after the new year

> I want to apologize for any confusion. I never gave