# EXHIBIT A

# e-mail re: Canadians

