# EXHIBIT C



(Please √ Club)   ☐ Tampa Gold Club   ☑ Emperors II   ☐ Emperors Tampa   ☐ Bliss Cabaret

## Discipline Documentation Form

(Please Check)   ☐ Verbal Warning   ☑ Written Warning   ☐ Suspension   ☐ Termination

**Employee Information**

Name of Employee: Mike Schiele             Employee's Job Title: General Manager

**Reason for Discipline:**
☐ Attendance              ☐ Unsatisfactory work quality       ☐ Insubordination
☑ Tardiness               ☐ Violation of company policy       ☐ Early quit
☐ Misuse of company property   ☐ Violation of safety rules     ☐ Other_____

**Incident Information**

Date/Time of Incident: 12-18-13

Location of Incident: Emperors Tampa

Description of Incident: Mike has been repeatedly verbally warned about his tardiness. Mike needs to clock in for work at 12:00 daily, this gives him one hr to go to bank and open club accordingly at 1:00. Staff should be there by 12:30

Witnesses to Incident: Tiffany Nivens / Allen Foxworth

Was this incident in violation of a company policy?   ☑ Yes   ☐ No

If yes, specify which policy and how the incident violated it. Open at 12:00

**Action Taken**

What action will be taken against the employee? First written warning

Has the impropriety of the employee's actions been explained to the employee?   ☑ Yes   ☐ No

Did the employee offer any explanation for the conduct? If so, what was it? _____

Employee Signature: _____   Print Name: Mike Schiele
Signature of person preparing report: _____   Title: Field Manager
Print Name: Benjamin Cooke     Date: 12-18-13

Original – Employee File (Main Office)     Copy – Employee     Copy – Manager File