UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL S. SCHIELE,

    Plaintiff,

v.                            CASE NO.: 8:16-CV-2308-T30MAP

SOUTHEAST SHOWCLUBS, LLC,
EMPEROR'S TAMPA II, INC., and
MICHAEL TOMKOVICH,

    Defendants.
_____/

## PLAINTIFF'S SWORN DECLARATION PURSUANT TO 27 USC 1746

Plaintiff, MICHAEL S. SCHIELE, by and through his attorney, the undersigned, hereby files his Declaration in support of his response in opposition to Defendant's Motion for Summary Judgment.

1. I am over the years of eighteen years of age.

2. I am providing this declaration under oath and I am aware of the penalty associate with perjury.

3. I have fully reviewed Defendants' Motion for Summary Judgment which is, frankly, untrue omits critical facts that support my case.

4. For example, Emperors Tampa, II, Inc., always had at least 15 employees during my employment. Beginning with the General Manager, then there was a shift manager, swing shift manager, night time and day time DJ, at least five or six guys working the floor and as porters, two day time bartenders, three night time barternders, two door girls (one night and one day girl), please waitress, and the bathroom attendant, additionally, there was an employee who worked the parking lot putting the total number of employees (not counting dancers) well above

These people worked exclusively at Emperors Tampa, II, Inc., the front club, and does not count the back club.

    5.    I had absolutely no contact with Convergance, they did not set myt pay, hours, give me his job responsibilities, nothing. I rarely, ever, spoke with them..

### Declaration under penalty of perjury (27 USC 1746).

I declare under penalty of perjury that the foregoing answers and facts provided by me in response to Defendant's Motion for Summary Judgment are accurate and true to my knowledge.

Michael S. Schiele