UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL S. SCHIELE

    Plaintiff,

v.                               CASE NO.: 8:16-CV-2308-T30MAP

SOUTHEAST SHOWCLUBS, LLC,
EMPEROR'S TAMPA II, INC. and
MICHAEL TOMKOVICH,

    Defendants.
_____/

## DECLARATION OF BRUCE STOETZEL

1. I am over the age of eighteen years of age. I understand that this declaration is being provided under oath, subject to penalty of perjury.

2. I am a former employee of Defendants. I worked at Emperor's Tampa from October of 2013 through approximately June/July 2014.

3. I started as a bar-back, then worked as a floorman and eventually for a short time as a supervisor.

4. While I worked at Emperor's I met Mr. Tomkovich. He came in while I was working a day shift. I heard him call an African American doorgirl a "n****r".

5. I also have personal knowledge that when Mr. Tomkovich walked in and saw an African-American woman working the front door, he had her fired the same day because of her race.

6. I overheard the mantra "thin the herd," meaning thin the black employees, on many occasions from upper management.

7. I worked under Michael S. Schiele.

8. Mr. Tomkovich set all rules for the club, and had complete control over personnel and club policies. For example, black dancers were often charged an upfront stage fee, which effectively kept many of them from working (dancing) at the club.

9. Mr. Schiele was against the discriminatory practices instituted by Mr. Tomkovich.

10. He (Michael S. Schiele) said it was ridiculous to fire dancers or employees because of their race. And it was bad for business because many of our clients came to see black entertainers.

11. Michael S. Schiele refused to fire employees because of their race, despite being instructed to "thin the herd." Soon thereafter he was fired. I would say that less than a month passed between Mr. Schiele opposing the discriminatory practices of Defendants and the date of his termination.

12. Mr. Schiele was a good manager and did not, from what I saw, do anything to be fired other than oppose the discriminatory practices of Defendants.

13. If called to testify at trial, I will attest to the same.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this ___ day of August, 2017.

BRUCE STOLLATE